**No. 10-10068. Patrick S. McPherron, Petitioner v. Phillip Dailing, et al.**

564 U.S. 1060, 132 S. Ct. 61, 180 L. Ed. 2d 930, 2011 U.S. LEXIS 5141.

August 15, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1030, 131 S. Ct. 3033, 180 L. Ed. 2d 865, 2011 U.S. LEXIS 4692.

**No. 10-10095. Delmo Figura Torrefranca, Petitioner v. Tom Horne, Attorney General of Arizona, et al.; and Delmo Figura Torrefranca, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.**

564 U.S. 1060, 132 S. Ct. 62, 180 L. Ed. 2d 930, 2011 U.S. LEXIS 5142.

August 15, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1025, 131 S. Ct. 3035, 180 L. Ed. 2d 856, 2011 U.S. LEXIS 4718.

**No. 10-10096. David L. Woodward, Petitioner v. Kansas.**

564 U.S. 1060, 132 S. Ct. 62, 180 L. Ed. 2d 930, 2011 U.S. LEXIS 5111.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1038, 131 S. Ct. 2972, 180 L. Ed. 2d 256, 2011 U.S. LEXIS 4327.

**No. 10-10103. Richard Blanchard, Petitioner v. J. Bennett, et al.**

564 U.S. 1060, 132 S. Ct. 62, 180 L. Ed. 2d 930, 2011 U.S. LEXIS 5098.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1014, 131 S. Ct. 2917, 179 L. Ed. 2d 1258, 2011 U.S. LEXIS 3893.

**No. 10-10104. Arthur Botany, Petitioner v. Peter Huibregtse, Warden.**

564 U.S. 1060, 132 S. Ct. 62, 180 L. Ed. 2d 930, 2011 U.S. LEXIS 5096.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1038, 131 S. Ct. 2972, 180 L. Ed. 2d 256, 2011 U.S. LEXIS 4193.

**No. 10-10155. Ethan Book, Jr., Petitioner v. Robert Mendoza, et al.**

564 U.S. 1060, 132 S. Ct. 62, 180 L. Ed. 2d 930, 2011 U.S. LEXIS 5138.

August 15, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1042, 131 S. Ct. 3070, 180 L. Ed. 2d 895, 2011 U.S. LEXIS 4902.

**No. 10-10163. Bridgette Burgin, Petitioner v. Tim LaHaye, et al.**

564 U.S. 1060, 132 S. Ct. 62, 180 L. Ed. 2d 930, 2011 U.S. LEXIS 5145.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1038, 131 S. Ct. 2973, 180 L. Ed. 2d 256, 2011 U.S. LEXIS 4204.